**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| ALKABSH, INC. | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Case No. 2:25-cv-02498 <br> ) |
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) |
| Defendant. | ) <br> ) / |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, by and through undersigned counsel, Plaintiff Alkabsh, Inc. states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated this 12th day of May 2025.

By:  */s/ Stewart Fried*
Stewart D. Fried, Esq.
Olsson Frank Weeda Terman Matz PC
2000 Pennsylvania Avenue, N.W., Suite 4003
Washington, D.C. 20006
(202) 518-6326 (Direct)
(202) 747-3140 (Facsimile)
sfried@ofwlaw.com

*Attorneys for Plaintiff Alkabsh, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing will be served on the Defendant with the complaint and summons.

Dated this 12th day of May 2025.

*/s/ Stewart Fried*
Stewart D. Fried, Esq.